UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JEREMY SLOAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:21-cv-00113-CLM-SGC |
| RANDEL WOFFIN, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

The magistrate judge filed a report on October 18, 2021, recommending the court dismiss this case as moot. (Doc. 13). Although the magistrate judge informed the plaintiff that he had 14 days to file specific written objections, the court has received none.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** her recommendation. So the court will dismiss this case as moot.

The court will enter a separate final judgment.

**DONE** on November 9, 2021.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE